# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132904-5

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SHEILA MARIE LIVELY,
      Defendant-Appellee.

SC: 132904
COA: 264222
Wayne CC: 04-011339-02

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

ERIC EUGENE LIVELY,
      Defendant-Appellee.

SC: 132905
COA: 264223
Wayne CC: 04-011339-01

_____/

On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

                      Clerk

p0319